**McDERMOTT WILL & EMERY LLP**
RUSSELL HAYMAN (SBN 110643)
rhayman@mwe.com
2049 Century Park East, Suite 3800
Los Angeles, California 90067-3218
Telephone:  +1 310 277 4110
Facsimile:  +1 310 277 4730

**McDERMOTT WILL & EMERY LLP**
ANKUR GOEL (admitted pro hac vice)
agoel@mwe.com
JOSHUA DAVID ROGACZEWSKI (admitted pro hac vice)
jrogaczewski@mwe.com
The McDermott Building
500 North Capitol Street, Northwest
Washington, D.C. 20001
Telephone:  +1 202 756 8000
Facsimile:  +1 202 785 8087

Attorneys for Defendants Aveta, Inc.; MMM Healthcare, Inc.; PMC Medicare Choice, Inc.; MSO of Puerto Rico, Inc.; MMM Holdings, Inc.; and Richard Shinto

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOSÉ R. VALDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AVETA, INC.; MMM HEALTHCARE, INC.; PMC MEDICARE CHOICE, INC.; MSO OF PUERTO RICO, INC.; MMM HOLDINGS, INC.; and RICHARD SHINTO,<br><br>    Defendants. | CASE NO. 2:11-cv-03343 GAF (JCx)<br><br>**ORDER RE MEDICAL RECORDS AND STIPULATION RE SCHEDULE FOR FILING REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER VENUE AND HEARING ON THE MOTION**<br><br>**HEARING:**<br>DATE:      TBD<br>TIME:      9:30 A.M.<br>JUDGE:    HON. GARY A. FEESS<br>COURTROOM:  740 |

ORDER RE STIPULATION RE MEDICAL
RECORDS AND REPLY AND HEARING                                      (CASE NO. 2:11-CV-03343-GAF-JC)
ON MOTION TO TRANSFER

Having read and considered the parties' Stipulation re Medical Records and Schedule for Filing Reply Brief in Support of Motion To Transfer Venue and Hearing on the Motion, this Court hereby approves the parties' stipulation.

**IT IS HEREBY ORDERED THAT:**

(1) Relator shall produce to Defendants the full and complete medical records from (a) the facility to which Relator was discharged in July 2013 (and where he has since resided) and (b) Dr. Choi,

(2) the deadline for Defendants' reply brief in support of their motion to transfer (currently November 14, 2014) should be suspended and the hearing on the motion (currently December 1, 2014) should be continued, and

(3) the parties shall report to the Court by December 5, 2014, as to the status of the medical record production and, if appropriate, a proposed deadline for Defendants' reply.

Dated: November 12, 2014

*/s/ Gary Feess/*

_____

Hon. Gary A. Feess

ORDER RE STIPULATION RE MEDICAL RECORDS AND REPLY AND HEARING ON MOTION TO TRANSFER   -2-   (CASE NO. 2:11-CV-03343-GAF-JC)