UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOSÉ R. VALDEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>AVETA, INC. et al.,<br><br>       Defendants. | Case No. 3:15-cv-01140-CCC |

### JOINT INFORMATIVE MOTION REGARDING STATUS OF SETTLEMENT AND CONTINUED NEED FOR STAY PURSUANT TO THE COURT'S MAY 11, 2020 ORDER (DKT. NO. 505)

    The parties very respectfully file this joint informative motion in response to the Court's May 11, 2020 Order (Dkt. No. 505) to update the Court regarding the status of the parties' settlement and the continued need for a stay of all deadlines in this case.

    The parties remain committed to the settlement-in-principle and are still in the process of finalizing a definitive settlement agreement based on the settlement term sheet signed by the parties. As a result of the COVID-19 pandemic, the parties have experienced unforeseen delays but are in the process of completing a definitive settlement agreement.

    In view of the foregoing, the parties request that the Court continue the stay of all deadlines in this litigation and order the parties to file a further informative motion on or before **July 9, 2020** apprising the Court of the settlement status and any further need for a stay, unless the parties have, on or prior to that date, already filed a stipulated motion to dismiss this action, in which case no such joint informative motion need be filed.

The parties respectfully request that the Court grant this motion.

Respectfully submitted,

| | |
|---|---|
| /s/ *Daniel Salinas-Serrano* | /s/ *Ankur J. Goel* |
| Thomas H. Bienert, Jr. (admitted *pro hac vice*) | Arturo J. García-Solá (USDC-PR No. 201903) |
| Michael R. Williams (admitted *pro hac vice*) | Leslie Y. Flores-Rodríguez (USDC-PR No. 223601) |
| Whitney Z. Bernstein (admitted *pro hac vice*) | Reinaldo L. Figueroa-Matos (USDC-PR No. 229903) |
| BIENERT KATZMAN, PC | MCCONNELL VALDEZ LLC |
| 903 Calle Amanecer, Suite 350 | 270 Muñoz Rivera Avenue |
| San Clemente, California 92673 | San Juan, Puerto Rico 00918 |
| | (787) 759-9292 |
| Valerie Roddy (admitted *pro hac vice*) | |
| Justin Griffin (admitted *pro hac vice*) | Russell Hayman (admitted *pro hac vice*) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MCDERMOTT WILL & EMERY LLP |
| 865 S. Figueroa Street, 10th Floor | 2049 Century Park East, Suite 3200 |
| Los Angeles, California 90017 | Los Angeles, California 90067 |
| | (310) 277-4110 |
| Daniel Salinas-Serrano (USDC-PR No. 224006) | |
| Benjamin A. O'Neil (admitted *pro hac vice*) | Ankur J. Goel (admitted *pro hac vice*) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Michael S. Nadel (admitted *pro hac vice*) |
| 1300 I Street, N.W., Suite 900 | Lisa M. Richman (admitted *pro hac vice*) |
| Washington, D.C. 20005 | Jennifer B. Routh (admitted *pro hac vice*) |
| | MCDERMOTT WILL & EMERY LLP |
| *Attorneys for Plaintiff-Relator Elizabeth Valdez and Counterclaim Defendant José R. Valdez* | 500 North Capitol Street, N.W. |
| | Washington, D.C. 20001 |
| | (202) 756-8000 |
| | |
| | *Attorneys for Defendants-Counterclaim Plaintiffs* |