IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.                                                          CIVIL NO. 15-1140 (CCC)

AVETA, INC., et al.,

Defendants.

## ORDER

The parties' Joint Motion for Dismissal of All Claims and Counterclaims ("Joint Motion") and the United States' Notice of Consent to Dismissal ("Notice") are NOTED. (Docket Nos. 508 and 496). Pursuant to the Joint Motion and Notice, this action is hereby dismissed:

1) with prejudice to Plaintiff as to Plaintiff's claims against Defendants in this action;

2) without prejudice to the United States; and

3) with prejudice to Defendants as to Defendants' counterclaims against José R. and/or Elizabeth Valdez in this action.

This Court retains jurisdiction to adjudicate any claim for enforcement of the Settlement Agreement.

**SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of June 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
Chief United States District Judge