# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA, et al.,**

**Plaintiffs,**

**v.**  **CIVIL NO. 15-1140 (CCC)**

**AVETA, INC., et al.,**

**Defendants.**

## JUDGMENT

Pursuant to the Court's Order at Docket No. 509, Judgment is hereby entered dismissing this case:

1) with prejudice to Plaintiff as to Plaintiff's claims against Defendants in this action;

2) without prejudice to the United States; and

3) with prejudice to Defendants as to Defendants' counterclaims against José R. and/or Elizabeth Valdez in this action.

**SO ORDERED.**

In San Juan, Puerto Rico this 23rd day of June 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
Chief United States District Judge